0005-33-EPIE33-00034861-5940

# United States Bankruptcy Court
For The
District of Massachusetts, Boston Division

HAROLD G GAY
1326 BLUE HILL AVE
MATTAPAN, MA 02126

Case No.: 02-17895-WCH
SS #1: XXX-XX-1943

## FINAL REPORT AND ACCOUNT AND MOTION FOR FINAL DECREE

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 11 | 01 | 02 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 01 | 01 | 03 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 10 | 30 | 03 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.        $ 2,004.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| NSTAR ELECTRIC | 001 | Unsecured | 3,202.09 | 0.00 | 0.00 | 325.33 |
| OPTION ONE MORGAGE CORP. | 002 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| BOSTON WATER & SEWER COMM | 003 | Secured | 359.45 | 35.22 | 0.00 | 324.23 |
| CITY OF BOSTON COLLECTOR- | 004 | Ignore | 23.74 | 12.01 | 0.00 | 11.73 |
| REAL PRO REHAB, INC. | 005 | Secured | 18,000.00 | 1,763.93 | 0.00 | 16,236.07 |
| HAROLD G GAY | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 18,383.19 | 0.00 | 3,202.09 | 0.00 | 0.00 | 21,585.28 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 1,811.16 | 0.00 | 0.00 | 0.00 | 0.00 | 1,811.16 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,811.16 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| MICHAEL L. HOWARD, ESQ. | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 192.84 | 0.00 | 0.00 | 192.84 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ Doreen B. Solomon
Doreen B. Solomon, Chapter 13 Trustee

### ORDER

The Chapter 13 Trustee has filed her Final Report and Account of the administration of this estate pursuant to 11 U.S.C. Section 704(9) and 11 U.S.C. Section 1302(b)(1). Therefore, pursuant to 11 U.S.C. Section 350(a), the Court hereby discharges the Chapter 13 Trustee.

Dated: 2/27/2004

United States Bankruptcy Judge
WILLIAM C. HILLMAN

Page 1 of 1